UNITED STATES DISTRICT COURT
EASTERN DIVISION OF MISSISSIPPI



ELIZABETH LANGSTON, INDIVIDUALLY AND ON
BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES
OF TALMADGE VERNON LANGSTON, DECEASED     PLAINTIFF

VS.     CIVIL ACTION NO. 2:17-cv-00082-KS-MTP

PANGBORN CORPORATION, ET AL.     DEFENDANTS

### FINAL AGREED ORDER OF DISMISSAL OF DEFENDANT PANGBORN CORPORATION WITH PREJUDICE

This matter came before the Court on the joint Motion of Plaintiff Elizabeth Langston, Individually and on Behalf of All Wrongful Death Beneficiaries of Talmadge Vernon Langston, Deceased, ("Plaintiff") and Defendant Pangborn Corporation, n/k/a Pangborn LLC ("Pangborn") to have the claims of Plaintiff against Defendant dismissed with prejudice. The Court, having considered the motion, and being further advised that the parties to this order are in agreement, finds this motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the claims of Plaintiff are dismissed with prejudice as to Defendant Pangborn LLC in the above-referenced action, with each party to bear its own costs.

This the 12th day of February, 2019.

_____

Agreed To:

_____
John T. Givens, MSB # 101561
PORTER & MALOUF, P.A.

P.O. BOX 127681
Jackson, Mississippi 39236-2768
Phone: 601-957-1173

_____
Colleen Welch, MSB # 100807
MARON MARVEL BRADLEY
   ANDERSON & TARDY LLC
P.O. BOX 22803
Jackson, Mississippi 39225-2803
Phone: 601-973-5975 (direct)